IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE LARRY RIDLEY, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00064-MTT |
| | * |
| TIMOTHY C. WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated August 12, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk